NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**JS PRODUCTS, INC.,**
*Plaintiff-Appellant,*

**v.**

**STANDLEY LAW GROUP, LLP,**
*Defendant-Appellee.*

———————

2011-1014

———————

Appeal from the United States District Court for the Southern District of Ohio in No. 09-CV-0311, Judge Gregory L. Frost.

———————

**JUDGMENT**

———————

DAVID A. STALL, Law Offices of David A. Stall, of Irvine, California, argued for plaintiff-appellant.

GREGORY D. BRUNTON, Reminger Co., L.P.A., Columbus, Ohio, argued for defendant-appellee. With him on the brief were PAUL N. GARINGER; and ALAN B. PARKER, of Cleveland, Ohio.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 10, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |